UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br><br><br>BRUCE BARKER,<br><br>　　　Defendant.<br> | No. CR 06 0687 WHA<br><br>[~~PROPOSED~~] ORDER FINDING EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT<br>18 U.S.C. § 3161(h)(8)(A)&(B)(iv) |

　　　The indictment in the above-captioned case was returned and filed on October 12, 2006.  The defendant, Bruce Barker, made his initial appearance in the matter before the Court on October 26, 2006.  Assistant United States Attorney Susan Badger appeared on behalf of the government.  Cristina Arguedas appeared on behalf of the defendant, who was present and out of custody.

　　　The Court arraigned the defendant and he entered not guilty pleas.  The defendant signed a $15,000 unsecured personal recognizance bond, and the Court advised him of his

[~~PROP.~~] ORDER
CR 06 0687 WHA　　　　　　　　　1

duties and obligations pursuant to the bond.  Defense counsel advised the Court that she was in the process of filing a Notice of Related Case relating the instant case to the case <u>United States v. Marvin Washington</u>, CR 02 0169 SI.  The Court ordered the parties to appear before United States District Judge William Alsup on November 7, 2006 for initial appearance and settings.

The government moved for, and the defendant concurred in, a finding that the time between October 26, 2006 and November 7, 2006 be excluded from the time requirements of the Speedy Trial Act, 18 U.S.C. § 3161, in order to provide reasonable time to provide discovery and for effective preparation of counsel in reviewing the discovery.  In addition, the time exclusion should provide reasonable time for the Court to review and make a determination on the Notice of Related Case.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Upon the request of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the time from October 26, 2006 through November 7, 2006 is excluded from the time requirements of the Speedy Trial Act in order to provide the government reasonable time to provide discovery and to provide the defendant reasonable time for effective preparation, taking into account due diligence.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

Dated: October 27, 2006

_____
ELIZABETH
United States

*[IT IS SO ORDERED — Judge Elizabeth D. Laporte, United States District Court, Northern District of California seal/stamp]*

[~~PROP.~~] ORDER
CR 06 0687 WHA                                       2