UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br><br><br>BRUCE BARKER,<br><br>    Defendant.<br> | No. CR 06 0687 WHA<br><br>STIPULATION AND<br>[PROPOSED] ORDER FINDING<br>EXCLUDABLE TIME<br>UNDER SPEEDY TRIAL ACT<br>18 U.S.C. § 3161(h)(8)(A)&(B)(iv) |

The parties stipulate as follows:

The indictment in the above-captioned case was returned and filed on October 12, 2006. The defendant, Bruce Barker, appeared before the Court on November 7, 2006. Assistant United States Attorney Susan Badger appeared on behalf of the government. Cristina Arguedas appeared on behalf of the defendant, who was present and out of custody.

The Court noted that defendant's Notice of Related Case is pending before United

STIP. & [PROP.] ORDER
CR 06 0687 WHA                        1

States District Judge Susan Illston. Counsel for defendant advised the Court that she had learned from Judge Illston's chambers that the matter was still under consideration. Counsel also advised the Court that she needs some additional time within which to determine whether she will be representing the defendant in this case. Counsel requested a continuance of the matter to November 28, 2006 in order to provide reasonable time to make that determination. The government had no objection to a continuance on those grounds.

The parties stipulate and agree to a finding that the time from November 7, 2006 through November 28, 2006 be excluded from the time requirements of the Speedy Trial Act in order to provide reasonable time for the defendant to obtain counsel. 18 U.S.C. § 3161(h)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 8, 2006
KEVIN V. RYAN
United States Attorney

/s/
SUSAN E. BADGER
Assistant United States Attorney

DATED: November 8, 2006
/s/
CRISTINA ARGUEDAS
Counsel for defendant Bruce Barker

Upon the stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the time from November 7, 2006 through November 28, 2006 is excluded from the time requirements of the Speedy Trial Act in order to provide the

///

///

STIP. & [~~PROP~~.] ORDER
CR 06 0687 WHA                        2

1 | defendant reasonable time to obtain counsel. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3 | IT IS SO ORDERED.

4 | November 9, 2006

_____
WILLIAM H. ALSUP
United States District Judge

STIP. & [PROP.] ORDER
CR 06 0687 WHA                3