LIDIA S. STIGLICH
CSBN: 182100
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorneys for Defendant
BRUCE BARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-06-0687 SI |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL RE DEFENDANT BRUCE BARKER ; [PROPOSED] ORDER |
| vs. | |
| BRUCE BARKER, | |
| Defendant. | |

TO: KEVIN V. RYAN, UNITED STATES ATTORNEY, ASSISTANT UNITED STATES ATTORNEY, SUSAN BADGER AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, by the filing of this Notice of Substitution of Counsel Re Defendant Bruce Barker (hereinafter, "Notice of Substitution"), defendant Bruce Barker hereby substitutes Lidia S. Stiglich of Stiglich & Hinckley, LLP as defendant's attorney in the above-referenced case, in place of Cris Arguedas, of Arguedas, Cassman, & Headly, LLP. By this Notice of Substitution, Lidia S. Stiglich hereby makes her general appearance in this matter.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: December 14, 2006 | Respectfully submitted, |

By: /s/
LIDIA S. STIGLICH
Attorney for Defendant
Bruce Barker

DATED: December 14, 2006              Respectfully submitted,

By: /s/
CRIS ARGUEDAS
Former Attorney for Defendant
Bruce Barker

DATED: December 14, 2006              Respectfully submitted,

By: /s/
BRUCE BARKER
Defendant

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED THAT Lidia S. Stiglich, of Stiglich & Hinckley, LLP is substituted for Cris Arguedas as the attorney of record for defendant Bruce Barker.

IT IS SO ORDERED

DATED: _____
The Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

Law Offices
Stiglich & Hinckley

NOTICE OF SUBSTITUTION OF COUNSEL;[PROPOSED] ORDER        2

**PROOF OF SERVICE**

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On    12/14/06   , I personally served via FAX a copy of the attached on the following:

    AUSA Susan Badger
    Office of the United States Attorney
    450 Golden Gate Avenue, 11th FLR
    San Francisco, California 94102
    FAX:415.436.7234

I declare under penalty of perjury that the foregoing is true and correct. Executed on    12/14/06   , at Walnut Creek, California.

/S/
_____
MICHAEL L. HINCKLEY