LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
BRUCE BARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0687 SI |
| Plaintiff, | |
| v. | STIPULATION AND (PROPOSED) ORDER CONTINUING COURT DATE; EXCLUSION OF TIME |
| BRUCE BARKER | |
| Defendant. | |

Defendant BRUCE BARKER, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Susan E. Badger, hereby stipulate and agree to continue the next court date in the above entitled matter from April 6, 2007, to May 11, 2007, or a date that is convenient to the Court.

Good cause exist for the requested continuance in that government counsel is currently engaged in United States v. Quan, CR 04-0323 WBS, a complex federal criminal matter which is currently in jury trial. The trial began on January 16, 2007 and is projected to be completed on April 27, 2007. As a result, government counsel is unavailable.

///

///

///

-1-

The parties further stipulate and agree that the period from April 6, 2007, through May 11, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(A) based on the unavailability of counsel and in the interest of justice.

SO STIPULATED:

/s/

DATED:    3/30/07

LIDIA S. STIGLICH
Attorney for Defendant
BRUCE BARKER

/s/

DATED:    3/30/07

SUSAN E. BADGER
Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant Bruce Barker's matter is hereby continued from April 6, 2007 at 9:00 a.m. to May 11, 2007 at 9:00 a.m. and the period from April 6, 2007, through May 11, 2007, be hereby excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(A) based on the unavailability of counsel and in the interest of justice

**IT IS SO ORDERED.**

DATED: _____

SUSAN ILLSTON
United States District Judge