UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> BRUCE BARKER, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 06 0687 SI <br><br> [PROPOSED] ORDER FINDING EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT <br> 18 U.S.C. § 3161(h)(8)(A)&(B)(iv) |

The parties appeared before the Court on May 11, 2007. Assistant United States Attorney Susan Badger appeared on behalf of the government. Lidia Stiglich appeared on behalf of the defendant, who was present and out of custody.

The parties advised the Court that counsel for the government has been involved in the trial in the case of <u>United States v. Quan</u>, CR 04 0323 WBS from January 16, 2007 to May 4, 2007. That has made it difficult for the parties to have any substantive discussions regarding possible resolution of the case. In the interim, the government has

[PROP.] ORDER
CR 06 0687 SI                                          1

1 provided all discovery to the defendant for review. The parties jointly requested that the
2 matter be continued to June 22, 2007 at 11:00 a.m. in order to provide reasonable time,
3 taking into account due diligence, to engage in further investigation, further review of
4 discovery, and discussions relating to a resolution of the matter. Ms. Stiglitz advised that
5 she will be unavailable for three of the weeks between May 11 and June 22. AUSA
6 Badger advised that she will be unavailable for one additional week. The parties
7 additionally requested that the time from May 11, 2007 through June 22, 2007 be
8 excluded from the requirements of the Speedy Trial Act in order to provide reasonable
9 time for preparation of counsel, taking into account due diligence, and in light of the
10 unavailability of both counsel during part of that time. 18 U.S.C. § 3161(h)(A) &
11 (B)(iv). The defendant stated that he concurred in the requests to continue the matter and
12 for a finding of excludable time.
13   Upon the motion of the parties and for good cause appearing, IT IS HEREBY
14 ORDERED that the matter is continued to June 22, 2007 at 11:00 a.m. for status
15 regarding resolution of the case or for trial setting. IT IS FURTHER ORDERED that the
16 time from May 11, 2007 through June 22, 2007 is excluded from the time requirements of
17 the Speedy Trial Act in order to provide the parties continuity of counsel and in order to
18 provide the parties reasonable time for effective preparation taking into account due
19 diligence. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

21 IT IS SO ORDERED.

_____
SUSAN ILLSTON
United States District Judge

[PROP.] ORDER
CR 06 0687 SI                                   2