LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
BRUCE BARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0687 SI |
| Plaintiff, | |
| v. | STIPULATION AND (PROPOSED) ORDER CONTINUING COURT DATE; EXCLUSION OF TIME |
| BRUCE BARKER | |
| Defendant. | |

Defendant BRUCE BARKER, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Susan E. Badger, hereby stipulate and agree to continue the next court date in the above entitled matter from June 29, 2007, to July 27, 2007, or a date that is convenient to the Court.

Good cause exist for the requested continuance in that Mr. Barker is unavailable due to the recent death of his aunt Annabelle Rodgers who resides in Carlsbad, New Mexico. Mr. Barker's manages Ms. Rodgers' affairs and as such, must travel to New Mexico to arrange her affairs and distribution of her estate. It is anticipated this process will take several weeks.

///

///

///

-1-

The parties further stipulate and agree that the period from June 29, 2007, through July 27, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A) based on unavailability of the defendant and in the interest of justice.

SO STIPULATED:

DATED: 6/26/07

/s/
_____
LIDIA S. STIGLICH
Attorney for Defendant
BRUCE BARKER

DATED: 6/26/07

/s/
_____
SUSAN E. BADGER
Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant Bruce Barker's matter is hereby continued from June 29, 2007 at 11:00 a.m. to July 27, 2007 at 11:00 a.m. and the period from June 29, 2007, through July 27, 2007, be hereby excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A) based on the unavailability of the defendant and in the interest of justice.

**IT IS SO ORDERED.**

DATED: _____

_____
SUSAN ILLSTON
United States District Judge