LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
BRUCE BARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0687 SI [BZ] |
| Plaintiff, | |
| v. | STIPULATION AND (PROPOSED) ORDER CONTINUING SETTLEMENT CONFERENCE DATE |
| BRUCE BARKER | |
| Defendant. / | |

Defendant BRUCE BARKER, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Susan E. Badger, hereby stipulate and agree to continue the date of the settlement conference in the above entitled matter from August 17, 2007, to September 26, 2007, at 9:30 a.m., or to a date that is convenient to the Court.

Good cause exist for the requested continuance in that defense counsel is unavailable on the date selected. Specifically, defense counsel has a previously scheduled appearance with the San Francisco Police Commission.

///

///

///

-1-

SO STIPULATED:

                                                /s/

DATED:   8/16/07   _____
                                                LIDIA S. STIGLICH
                                                Attorney for Defendant
                                                BRUCE BARKER

                                                /s/

DATED:   8/16/07   _____
                                                SUSAN E. BADGER
                                                Assistant United States Attorney

**ORDER**

Pursuant to stipulation, Defendant Bruce Barker's settlement conference is hereby continued from August 17, 2007 at 9:00 a.m. to September 26, 2007 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:   August 16, 2007   _____
                                                Bernard Zimmerman
                                                United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Bernard Zimmerman]*