1  MICHAEL L. HINCKLEY (CSBN 161645)
   LIDIA S. STIGLICH (CSBN 182100)
2  STIGLICH & HINCKLEY, LLP
   502 Seventh Street
3  San Francisco, California 94103
   Tel:    415-865-2539
4  Fax:    415-865-2538

5  Attorney for Defendant
   BRUCE BARKER

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,                Case No.06-00687-1 SI

12           Plaintiff,

13    v.                                    STIPULATION AND [PROPOSED]
                                            ORDER RE: CONTINUANCE OF
                                            SURRENDER DATE
14 BRUCE BARKER,

15           Defendant.

16 _____/

17
       Defendant BRUCE BARKER, by and through his counsel Michael L. Hinckley and the
18
   United States of America, through Assistant United States Attorney Peter Axelrod, hereby
19
   stipulate and agree to a continuance of the date for surrender from August 22, 2008, to
20
   September 22, 2008.
21
       Good cause exists for the requested continuance in that, Mr. Barker is currently litigating
22
   issues surrounding his professional licensing with the Medical Board of California. It was
23
   anticipated that the licensing litigation would be completed -- it has not. Mr. Barker requests a
24
   month extension to give him the opportunity to participate in the negotiation portion of that
25
   process. Mr. Barker agrees that he will not seek any further extensions based on his litigation
26
   surrounding the Medical Board.
27

28 *U.S. v. Barker*, CR 06-00687-1 SI

IT IS SO STIPULATED.

Dated: 08/18/2008                                        /S/ Michael Hinckley
MICHAEL L. HINCKLEY
Attorney for Defendant
BRUCE BARKER

Dated: 08/18/2008                                        /S/ Peter Axelrod
PETER AXELROD
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, the surrender date for BRUCE BARKER is continued from August 22, 2008, to September 22, 2008.

**IT IS SO ORDERED.**

Dated: _____.                                   _/s/ Susan Illston_
HON. SUSAN ILLSTON
United States District Judge